FILED
2010 Oct-06 PM 04:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| **CECIL RAY FRYE, JR.,** ) | |
| ) | |
| **Petitioner,** ) | |
| vs. ) | **Case No. 1:09-CV-2434-VEH-TMP** |
| ) | |
| **CONSTANCE REESE, Warden,** ) | |
| **FCI Talladega, Alabama,** ) | |
| ) | |
| **Respondent.** ) | |

## **O R D E R**

On September 17, 2010, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be denied and dismissed with prejudice. No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be and the same is hereby **DENIED** and **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this the 6th day of October, 2010.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge